**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:17-CR-0021-MMD-CBC |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| DANIEL MENA-SALDANA, | ) | |
| | ) | |
| Defendant. | ) | |

On September 26, 2018, defendant Daniel Mena-Saldana was present with counsel for CLEAR Court ("Court Led Efforts At Recovery"). The Court finds that defendant shall serve seven (7) days in jail at the Washoe County Detention Facility for violations of his supervised release as follows:

1. On Wednesday, September 26, 2018, at 11:00 a.m., the defendant shall self surrender to the United States Marshals Service to be taken into custody at the Washoe County Detention Facility at 911 Parr Blvd., Reno, Nevada 89512.

2. On Wednesday, October 3, 2018, at 8:00 a.m., the defendant shall be released from custody on his own recognizance.

**IT IS SO ORDERED.**

DATED: September 26, 2018.

_____
CARLA BALDWIN CARRY
UNITED STATES MAGISTRATE JUDGE