# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DANIEL ALEXANDRO MENA-SALDANA,<br><br>        Defendant. | Case No. 3:17-cr-021-MMD<br><br>**ORDER RE:**<br>**STIPULATION TO CONTINUE**<br>**REVOCATION HEARING**<br>**(FIRST REQUEST)** |

    IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and LAUREN D. GORMAN, Assistant Federal Public Defender, counsel for DANIEL ALEXANDRO MENA-SALDANA and NICHOLAS A. TRUTANICH, United States Attorney, and SUE FAHAMI, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release hearing set for January 6, 2020, at 2:30 PM, be vacated and continued to February 4, 2020, at 10:00 AM.

    / / /

This Stipulation is entered into for the following reasons:

Mr. Mena-Saldana is scheduled to appear before this court for a Revocation Hearing on January 6, 2020, at 2:30 PM. Undersigned counsel request that this matter be continued to February 4, 2020, at 10:00 AM., to allow the parties to continue negotiations toward a resolution of this matter.

1. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

2. Mr. Mena-Saldana is incarcerated and agrees to the continuance.

3. The parties agree to the continuance.

4. This is the first request for a continuance.

DATED this 3rd day of January, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Lauren D. Gorman*<br>　　LAUREN D. GORMAN<br>　　Assistant Federal Public Defender<br>　　Counsel for<br>　　DANIEL ALEXANDRO<br>　　MENA-SALDANA | By */s/ Sue Fahami*<br>　　SUE FAHAMI<br>　　Assistant United States Attorney<br>　　Counsel for the Government |

## **ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for January 6, 2020, at 2:30 PM, be vacated and continued to February 4, 2020, at 10:00 AM.

DATED this 3rd day of January 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE